| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS, LLP** |
| 2 | Marc T. Cefalu  (SBN 203324) |
|   | Max L. Kelley  (SBN 205943) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |

Attorneys for Plaintiff
CATERPILLAR FINANCIAL SERVICES
CORPORATION

RECEIVED
2013 OCT -4  P 3: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 0 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATERPILLAR FINANCIAL SERVICES CORPORATION,

  Plaintiff,

  v.

M/V SPIRIT OF TWO THOUSAND & TEN, Official No. 806696, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10.

  Defendants.

Case No.: CV 13 4618

IN ADMIRALTY

**ORDER FOR WARRANT OF ARREST**

Plaintiff CATERPILLAR FINANCIAL SERVICES CORPORATION ("Caterpillar") has applied for an order authorizing the issuance of a warrant for the arrest of the Defendant M/V SPIRIT OF TWO THOUSAND & TEN, Official No. 806696, a 120-foot motor yacht, her engines, tackle, machinery, furniture, apparel, and appurtenances (the "Vessel").

Upon reviewing Plaintiff's Request for Review and associated pleadings, including the Verified Complaint and its supporting exhibits, and the papers submitted therewith, the Court finds that the conditions for an *in rem* action in accordance with Federal Rules of Civil Procedure, Supplemental Rules For Certain Admiralty and Maritime Claims

CAT.Spirit

-1-                                                                         Case No.

ORDER FOR WARRANT OF ARREST

("Supplemental Rules"), Rule C, appear to exist.

**THEREFORE IT IS HEREBY ORDERED** that:

1. The Clerk of this Court is authorized to, and shall issue a Warrant for the Arrest of the Vessel, as prayed for in the Verified Complaint;

2. The Marshal of this District is authorized to, and shall serve the Warrant of Arrest on the Vessel, take her into custody in this District, and relinquish custody to the Court-appointed Substitute Custodian as set forth in this Court's concurrently issued Order Appointing Substitute Custodian;

3. As provided for in Supplemental Rule E and Local Admiralty Rule E.10, any person claiming an interest in the Vessel arrested hereunder shall, upon application to the Court, shall be entitled to a prompt hearing at which time Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and

4. A copy of this Order shall be attached to and served with the Warrant of Arrest.

DATED: 10/4/13

U.S. DISTRICT COURT JUDGE

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CAT.Spirit

-2-    Case No.
ORDER FOR WARRANT OF ARREST