**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   CATERPILLAR FINANCIAL SERVICES
    CORP.,
8
              Plaintiff,                         No. C 13-4618 PJH
9
        v.                                       **ORDER DISMISSING CASE**
10
    M/V SPIRIT OF TWO THOUSAND,
11
              Defendant.
12   _____/

13       On January 31, 2014, plaintiff filed a notice of motion to dismiss, seeking dismissal

14   of the case, without prejudice, based on plaintiff's inability to serve defendant with the

15   summons and complaint.  Plaintiff noticed a hearing date of March 12, 2014, but the court

16   finds the motion suitable for disposition without a hearing, and hereby DISMISSES the

17   action without prejudice, and VACATES the March 12, 2014 hearing date.

18       **IT IS SO ORDERED.**

19   Dated: February 3, 2014

20                                               _____
                                                 PHYLLIS J. HAMILTON
21                                               United States District Judge

22

23

24

25

26

27

28