UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATERPILLAR FINANCIAL SERVICES CORP.,

    Plaintiff,

    v.

M/V SPIRIT OF TWO THOUSAND,

    Defendant.
_____/

No. C 13-4618 PJH

**JUDGMENT**

The court having granted plaintiff's motion to dismiss,

it is Ordered and Adjudged

that the action shall be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 3, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge